In the Matter of WILLIAM MITCHELL, Appellant, v JAMES HUD-SON, Respondent.

Submitted February 14, 2006; decided May 2, 2006

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN KENNEDY, Appellant.

Submitted April 3, 2006; decided May 2, 2006

Motion by New York State Association of Criminal Defense Lawyers for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief may be served and 24 copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT ROMERO, Appellant.

Submitted April 17, 2006; decided May 2, 2006

Motion for assignment of counsel granted and Lawrence Fleischer, Esq., care of Gotlin and Jaffe, Esqs., 100 Lafayette Street, Suite 404, New York, NY 10013 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EZIKEL ROSS, Appellant.

Submitted April 24, 2006; decided May 2, 2006

Motion for assignment of counsel granted and David C. Schopp, Esq., Legal Aid Bureau of Buffalo, Inc., 237 Main Street Suite 1602, Buffalo, New York 14203 assigned as counsel to the appellant on the appeal herein.